| | | |
|---|---|---|
| District/Off: 0970−2 | User: taylore | Date Created: 6/18/2018 |
| Case: 2:15−bk−13342−GBN | Form ID: pdf002 | Total: 517 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | ANTHONY T KING | aking@swlaw.com |
| aty | Andrea Wimmer | andrea@biz.law |
| aty | BENJAMIN WILLIAM REEVES | breeves@swlaw.com |
| aty | DEVON J. EGGERT | deggert@freeborn.com |
| aty | ELIZABETH L JANCZAK | ejanczak@freeborn.com |
| aty | PHILIP R. RUDD | Rudd@SacksTierney.com |
| aty | SEAN P. O'BRIEN | spobrien@gustlaw.com |
| aty | STEPHANIE A WEBB | stephanie@hammerman−hultgren.com |
| aty | WESLEY DENTON RAY | Ray@SacksTierney.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | DELTA MECHANICAL, INC.       6056 E. BASELINE RD.       SUITE 155       MESA, AZ 85206 | | |
| cr | BMO HARRIS BANK NA       c/o Gust Rosenfeld PLC       Sean P. O'Brien       One East Washington       Suite 1600       Phoenix, AZ 85004 | | |
| cr | Corporate Fleet Leasing LLC       Snell & Wilmer LLP       400 E. Van Buren, Suite 1900       , AZ 85004−2202 | | |
| cr | Accident Fund General Insurance Company       c/o Hammerman & Hultgren, P.C.       3101 N. Central Avenue, Ste. 500       Phoenix, AZ 85012 | | |
| aty | JOHN J. HEBERT       SACKS TIERNEY P.A.       4250 N. Drinkwater Blvd.       4th Floor       Scottsdale, AZ 85251−3693 | | |
| smg | AZ DEPARTMENT OF REVENUE       BANKRUPTCY & LITIGATION       1600 W. MONROE, 7TH FL.       PHOENIX, AZ 85007−2650 | | |
| 14194181 | 2 GUYS & A TRUCK, LLC       905 KALANIANAOLE HIGHWAY       BOX 1101       KAILUA, HI 96734 | | |
| 13808075 | 84 LUMBAR COMPANY       4330 S. DECATUR       LAS VEGAS NV 89103 | | |
| 13808076 | A & A CRANE SERVICE       P O BOX 2723       FRESNO CA 93745 | | |
| 13808077 | A WARD CRANE       P O BOX 3108       LOS LUNAS NM 87031−3108 | | |
| 13808078 | ABSOPURE WATER COMPANY       P O BOX 701760       PLYMOUTH MI 48170 | | |
| 13808079 | AC QUALITY CONSTRUCTION       6025 WINTER RIDGE RD.       BAKERSFIELD CA 93313 | | |
| 13808080 | AC WAREHOUSE       670 AUAHI ST.       I−10       HONOLULU HI 96813−5136 | | |
| 13808081 | ADAMS COUNTY       4430 S. ADAMS COUNTY PKWY.       SUITE C2436       BRIGHTON CO 80601 | | |
| 13808082 | ADMOR HVAC PRODUCTS, INC.       815 WAIAKAMILO RD.       HONOLULU HI 96817 | | |
| 13808083 | ADT SECURITY SERVICES       P O BOX 371878       PITTSBURGH PA 15250−7878 | | |
| 13808084 | ADT SECURITY SERVICES       P O BOX 371956       PITTSBURGH PA 15250 | | |
| 13808085 | AIR COLD SUPPLY       P O BOX 56809       LOS ANGELES CA 90074−6809 | | |
| 13808086 | AIRGAS USA LLC       P O BOX 7423       PASADENA CA 91109−7423 | | |
| 13808087 | AIRMAXX1 HVAC SUPPLY       1805 LITTLE ORCHARD ST.       SUITE 147       SAN JOSE CA 95125−1016 | | |
| 13832606 | ALA MOANA AOAO       C/O BANK LOCKBOX       P O BOX 400       AIEA, HI 96701−0400 | | |
| 13832273 | ALACHUA COUNTY       12 SOUTH EAST 1ST ST.       GAINESVILLE, FL 32601 | | |
| 13808088 | ALL RISKS LTD.       300 ARBORETUM PLACE, SUITE 410       RICHMOND, VA 23236 | | |
| 13808089 | ALLIANCE ENVIRONMENTAL GROUP       990 W. TENTH ST.       AZUSA CA 91702−1936 | | |
| 13808090 | ALLIANZ/FIREMAN'S FUND       P O BOX 7179       PASADENA CA 91109−7179 | | |
| 13808091 | ALLIED INSURANCE       P O BOX 514540       LOS ANGELES CA 90057−4540 | | |
| 13808092 | ALLSTATE INSURANCE       P O BOX 4344       CAROL STREAM IL 60197−4344 | | |
| 13808093 | ALLSTATE SELF STORAGE       4602 E. THUNDERBIRD RD.       PHOENIX AZ 85032 | | |
| 13808094 | ALLY FINANCIAL       P O BOX 9001948       LOUISVILLE KY 40290−1948 | | |
| 13808095 | ALPHAGRAPHICS       2586 S. VAL VISTA DRIVE       SUITE 104       GILBERT AZ 85295−1698 | | |
| 13808096 | ALPINE WASTE & RECYCLING       7475 E. 84TH AVENUE       COMMERCE CITY CO 80022 | | |
| 13808097 | ALTA MECHANICAL       2663 SANBORN AVE.       NORTH PORT FL 34288 | | |
| 13808098 | AMAZON       410 TERRY AVENUE NORTH       SEATTLE WA 98109−5210 | | |
| 13808099 | AMERICAN AIRLINES       P O BOX 60517       CITY OF INDUSTRY CA 91716−0517 | | |
| 13808100 | AMERICAN AIRLINES CARD SERVICES       P O BOX 13337       PHILADELPHIA PA 19101−3337 | | |
| 13808101 | AMERICAN EXPRESS       2965 W. CORPORATE LAKES BLVD.       WESTON FL 33331−3626 | | |
| 13808102 | AMERICAN REFRIGERATION SUPPLY       P O BOX 21127       PHOENIX AZ 85036 | | |
| 13808103 | AMERICAN SELF STORAGE       720 CANDELARIA ROAD NE       ALBUQUERQUE NM 87107 | | |
| 13808104 | AON FIRE PROTECTION ENGINEERING CORP.       4 OVERLOOK POINT       LINCOLNSHIRE IL 60069 | | |
| 13808105 | APCO. INC.       MICHIGAN TEMPERATURE SUPPLY       5511 ENTERPRISE DR.       LANSING MI 48911−4131 | | |
| 13808106 | APS       P O BOX 2906       PHOENIX AZ 85062 | | |
| 13808107 | ARENA HOTEL       817 ALAMEDA       SAN JOSE CA 95126−3156 | | |
| 13808108 | ARIZONA CORPORATION COMMISSION       1300 W. WASHINGTON       PHOENIX AZ 85007 | | |
| 13808109 | ARIZONA DEPT. OF ECONOMIC SECURITY       1789 W. JEFFERSON ST.       PHOENIX AZ 85007 | | |
| 13808110 | ARIZONA DEPT. OF REVENUE       P O BOX 29009       PHOENIX AZ 85038 | | |
| 13808111 | ARIZONA EXTERMINATING CO.       P O BOX 67117       PHOENIX, AZ 85082 | | |

| ID | Name | Address |
|---|---|---|
| 13808112 | ARIZONA HEAT PUMP COUNSEL | 2702 N. 3RD ST. SUITE 2020 PHOENIX AZ 85004 |
| 13808113 | ARNOUDOV PLAINTIFFS | ATTN: JOHN H. DOUGLAS 100 PINE ST., SUITE 1250 SAN FRANCISCO CA 94111 |
| 13808114 | ARROW SIGN COMPANY | 1051 46TH AVE. OAKLAND CA 94601 |
| 13808115 | AT&T | P O BOX 105068 ATLANTA GA 30348 |
| 13808116 | AT&T | P O BOX 105068 ATLANTA GA 30348–5068 |
| 13808118 | AT&T | P O BOX 105262 ATLANTA GA 30348–5262 |
| 13808117 | AT&T | P O BOX 5025 CAROL STREAM IL 60197 |
| 13808119 | AT&T MOBILITY | P O BOX 6416 CAROL STREAM IL 60197–6416 |
| 13808120 | AT&T MOBILITY SCR | P O BOX 6463 CAROL STREAM IL 60197–6463 |
| 13808121 | ATLANTA GENERAL TIRES INC. | 456 GWINNETT DR. LAWRENCEVILLE GA 30046 |
| 14331329 | Accident Fund General Insurance Company | c/o Hammerman & Hultgren, P.C. 3101 N. Central Avenue, Ste. 500 Phoenix, AZ 85012 |
| 13808122 | BACKFLOW PREVENTION DEVICE TESTER | P O BOX 220114 NEWHALL CA 91322 |
| 13808123 | BACSCO | 215 SUMNER ST. BAKERSFIELD CA 93305–5139 |
| 13808124 | BAKER DISTRIBUTING | P O BOX 409635 ATLANTA GA 30384–9635 |
| 13808125 | BARCLAYCARD US | P O BOX 60517 CITY OF INDUSTRY CA 91716–0517 |
| 13808126 | BARNETT | P O BOX 404295 ATLANTA GA 30384–4295 |
| 13808127 | BAY AREA MECHANICAL | 4113 STRAIT STR. TRAVERSE CITY MI 49684 |
| 13808128 | BAY BREAKERS | 1095 N. 7TH STREET SAN JOSE CA 95112–4434 |
| 13808129 | BAY COPY & DATA | 13513 PRESTIGE PLACE #103 TAMPA FL 33635 |
| 13831925 | BELLAMY STRICKLAND | 145 INDUSTRIAL BLVD. MCDONOUGH, GA 30253 |
| 13808130 | BETTER BUSINESS BUREAU | 503 OAK PLACE COLLEGE PARK GA 30349 |
| 13808131 | BETTER BUSINESS BUREAU | 7007 JEFFERSON ST. NE SUITE A ALBUQUERQUE NM 87109 |
| 13808132 | BG AUTO INC. | 4490 BANKHEAD HWY. LITHIA SPRINGS GA 30122 |
| 13831127 | BILL STENG TRUSTEES | 1949 5TH ST., SUITE 108 DAVIS, CA 95616 |
| 13808133 | BMO HARRIS BANK N.A. | VISA PURCHASE CARD ONE EAST CAMELBACK ROAD PHOENIX AZ 85012 |
| 14194182 | BMO HARRIS BANK N.A. | VISA PURCHASE CARD ONE EAST CAMELBACK ROAD PHOENIX, AZ 85012 |
| 13798586 | BMO HARRIS BANK NA | c/o Gust Rosenfeld PLC Sean P. O'Brien One East Washington Suite 1600 Phoenix, AZ 85004 |
| 13808134 | BMO HARRIS BANK NATIONAL ASSOCIATION | LOAN SERVICING 401 NORTH EXECUTIVE DRIVE BROOKFIELD WI 53005 |
| 13808135 | BMO HARRIS MASTERCARD PURCHASE CARD | P O BOX 4320 CAROL STREAM IL 60197–4320 |
| 13808136 | BMO N.A. | P O BOX 367 ARLINGTON HEIGHTS IL 60006 |
| 13808137 | BONDING SOLUTIONS | 2855 E. BROWN RD. SUITE 9 MESA AZ 85213 |
| 13808138 | BRIGHT HOUSE NETWORK SERVER | 1945 W. BRANDON BLVD. BRANDON, FL 33511 |
| 13808139 | BRIGHT HOUSE NETWORKS | 1945 W. BRANDON BLVD. BRANDON, FL 33511 |
| 13846080 | Bozhidar Mirchev | Bozhidar Mirchev 3033 Hugo Street San Diego, CA 92106 bgmirchev@gmail.com |
| 13808140 | CAI – CENTRAL ARIZONA CHAPTER | 11225 N. 28TH DR. SUITE B102 PHOENIX AZ 85029 |
| 13808141 | CAL–COAST CRANE & HAULING | P O BOX 3748 TURLOCK CA 95381–3748 |
| 13808142 | CALCS PLUS | 121 TRIPLE DIAMOND BLVD. #16 NORTH VENICE FL 34275–3601 |
| 13808143 | CALIFORNIA AIR SYSTEMS, INC. | 501 E. 19TH ST. BAKERSFIELD CA 93305–5109 |
| 13808144 | CALIFORNIA BOARD OF EQUALIZATION | 450 N. STREET SACRAMENTO CA 95814 |
| 13808145 | CAM SECURITY INC. | P O BOX 11889 HONOLULU HI 96828–0889 |
| 13808146 | CAMPBELL PLAINTIFFS | ATTN: KEVIN WOODALL 100 PINE STREET, SUITE 1250 SAN FRANCISCO CA 94111 |
| 13808147 | CAMPBELL PLAINTIFFS | c/o JOHN H. DOUGLAS 100 PINE STREET, SUITE 1250 SAN FRANCISCO CA 94111 |
| 13808148 | CANON FINANCIAL SERVICES | P O BOX 41602 PHILADELPHIA PA 19101–1602 |
| 13808149 | CANON SOLUTIONS AMERICA | P O BOX 41602 PHILADELPHIA PA 19101–1602 |
| 13808150 | CARRIER ENTERPRISE, LLC | P O BOX 905265 CHARLOTTE NC 28290–5265 |
| 13808151 | CED | 301 ESPEE ST. SUITE A BAKERSFIELD CA 93301–2659 |
| 13808152 | CENTRAL MUTUAL INSURANCE COMPANY | C/O HAMMERMAN & HULTGREN, P.C. 3101 N. CENTRAL AVE., SUITE 500 PHOENIX AZ 85012 |
| 13808153 | CENTURY LINK | P O BOX 29040 PHOENIX AZ 85038–9040 |
| 13808154 | CENTURY LINK | P O BOX 52187 PHOENIX AZ 85072 |
| 13808155 | CGL CORPORATION D/B/A CARRIER GREAT LAKES CORP. | 33601 SCHOOLCRAFT LIVONIA MI 48150 |
| 13808156 | CHAPMAN CHEVROLET | 1717 E. BASELINE RD. TEMPE AZ 85283 |
| 13808157 | CHEIFETZ IANNITELLI MARCOLINI PC | 111 WEST MONROE ST. 17TH FL. PHOENIX AZ 85003 |
| 13808158 | CHROME DEVELOPMENT, INC. | 6056 E. BASELINE RD. SUITE 155 MESA AZ 85206 |
| 13808159 | CHROME, INC. | 6056 E. BASELINE RD. SUITE 155 MESA AZ 85206 |
| 13808160 | CINTAS CORPORATION | P O BOX 29059 PHOENIX AZ 85038–9059 |
| 13808161 | CINTAS CORPORATION #059 | P O BOX 29059 PHOENIX AZ 85038–9059 |
| 13808162 | CINTAS CORPORATION #066 | P O BOX 88005 CHICAGO IL 60680 |
| 13808163 | CINTAS CORPORATION #074 | P O BOX 630910 CINCINNATI OH 45263–0910 |
| 13808164 | CINTAS CORPORATION #082 | P O BOX 650838 DALLAS TX 75265–0838 |
| 13808165 | CINTAS CORPORATION #150 | P O BOX 29059 PHOENIX AZ 85038 |
| 13808166 | CINTAS CORPORATION #354 | P O BOX 630910 CINCINNATI OH 45263–0910 |
| 13808167 | CINTAS CORPORATION #622 | P O BOX 29059 PHOENIX AZ 85038–9059 |
| 13808168 | CINTAS CORPORATION #696 | P O BOX 29059 PHOENIX AZ 85038–9059 |

| ID | Name | Address |
|---|---|---|
| 13808169 | CIT | P O BOX 100706    PASADENA CA 91189 |
| 13808170 | CIT | P O BOX 100706    PASADENA CA 91189 |
| 13808171 | CITY AND COUNTY OF DENVER | 201 W. COLFAX AVE.    DEPT. 1009    DENVER CO 80202 |
| 13831284 | CITY OF AUBURN | 1225 LINCOLN WAY    AUBURN, CA 95603 |
| 13832014 | CITY OF AURORA | 15151 E. ALAMEDA PKWY., SUITE 5300    AURORA, CO 80012 |
| 13831297 | CITY OF BAKERSFIELD | 1600 TRUXTUN AVENUE    BAKERSFIELD, CA 93301 |
| 13832029 | CITY OF BOULDER | 1777 BROADWAY    BOULDER, CO 80302 |
| 13832074 | CITY OF CAON | P O BOX 1460    CAON CITY, CO 81215–1460 |
| 13832088 | CITY OF CASTLE PINES | 7501 VILLAGE SQUARE DR., SUITE 100    CASTLE PINES, CO 80108 |
| 13831439 | CITY OF CHULA VISTA | 276 FOURTH AVENUE    CHULA VISTA, CA 91910 |
| 13832103 | CITY OF COLORADO SPRINGS | P O BOX 1575    MAIL CODE 110    COLORADO SPRINGS, CO 80901–1575 |
| 13832118 | CITY OF COMMERCE CITY | 7887 E. 60TH AVE.    COMMERCE CITY, CO 80022 |
| 13831558 | CITY OF DAVIS | 23 RUSSELL BLVD.    DAVIS, CA 95616 |
| 13831606 | CITY OF DEL MAR | 1050 CAMINO DEL MAR    DEL MAR, CA 92014 |
| 13831619 | CITY OF ELK GROVE | 8401 LAGUNA PALMS WAY    ELK GROVE, CA 95758 |
| 13831633 | CITY OF ENCINITAS | 505 S. VULCAN AVE.    ENCINITAS, CA 92024 |
| 13832131 | CITY OF ENGLEWOOD | ENGLEWOOD CIVIC CENTER    1000 ENGLEWOOD PARKWAY    ENGLEWOOD, CO 80110 |
| 13831648 | CITY OF FAIRFIELD | 1000 WEBSTER STREET    FAIRFIELD, CA 94533 |
| 13831702 | CITY OF FRESNO | 2600 FRESNO STREET    FRESNO, CA 93721 |
| 13831716 | CITY OF LINCOLN | 600 6TH STREET    LINCOLN, CA 95648 |
| 13832146 | CITY OF LITTLETON | 2255 W. BERRY AVE.    LITTLETON, CO 80120 |
| 13831729 | CITY OF LODI | P O BOX 3006    LODI, CA 95241 |
| 13832332 | CITY OF MADEIRA BEACH | 300 MUNICIPAL DR.    MADEIRA BEACH, FL 33708 |
| 13831748 | CITY OF MADERA | 205 W. 4TH STREET    MADERA, CA 93637 |
| 13808172 | CITY OF MESA | P O BOX 1466    MESA AZ 85211–1466 |
| 13808173 | CITY OF MIAMI GARDENS | 18605 NW 27TH AVENUE    MIAMI, FL 33056 |
| 13831762 | CITY OF POWAY | 13325 CIVIC CENTER DR.    POWAY, CA 92064 |
| 13832174 | CITY OF ROYAL OAK | 211 S. WILLIAMS ST.    ROYAL OAK, MI 48067 |
| 13808174 | CITY OF SAN CLEMENTE – WATER | 100 AVENIDA PRESIDIO    SAN CLEMENTE CA 92672 |
| 13808175 | CITY OF STERLING HEIGHTS | P O BOX 55000    DETROIT MI 48255–1816 |
| 13831800 | CITY OF SUISUN CITY | 701 CIVIC CENTER BLVD.    SUISUN CITY, CA 94585 |
| 13832188 | CITY OF TROY | 500 WEST BIG BEAVER    TROY, MI 48083 |
| 13831813 | CITY OF VISALIA | P O BOX 5078    VISALIA, CA 93278–5078 |
| 13808176 | CITY OF WARREN | 1 CITY SQUARE    SUITE 200    WARREN MI 48093–2395 |
| 13808177 | CITY OF WARREN TREASURER'S OFFICE | 1 CITY SQUARE    SUITE 200    WARREN MI 48093–2395 |
| 13832319 | CITY OF WEST PALM BEACH | 401 CLEMATIS ST.    WEST PALM BEACH, FL 33401 |
| 13831826 | CITY OF WEST SACRAMENTO | 1110 WEST CAPITOL AVE., 3RD FL.    WEST SACRAMENTO, CA 95691 |
| 13808178 | CLEAR CHANNEL OUTDOOR 14701 | P O BOX 742025    LOS ANGELES CA 90074–2025 |
| 13808179 | COLONIAL GENERAL INSURANCE AGENCY | P O BOX 14770    SCOTTSDALE AZ 85267–4770 |
| 13808180 | COLORADO DEPT. OF LABOR AND EMPLOYMENT | P O BOX 8789    DENVER CO 80201–8789 |
| 13808181 | COLORADO DEPT. OF REVENUE | P O BOX 17087    DENVER CO 80327–0087 |
| 13808182 | COMCAST | P O BOX 3005    SOUTHEASTERN PA 19398–3005 |
| 13808183 | COMCAST – 8557 | P O BOX 530098    ATLANTA GA 30353–0098 |
| 13808184 | COMCAST – 902835303 | P O BOX 37601    PHILADELPHIA PA 19101–0601 |
| 13808185 | COMCAST BUSINESS | P O BOX 37601    PHILADELPHIA PA 19101–0601 |
| 13808186 | COMFORT AIR DISTRIBUTING | 5757 E. 42ND AVE.    DENVER CO 80216–4611 |
| 13808187 | COMFORT INN | 2970 IDAHO ST.    ELKO NV 89801–4644 |
| 13808188 | COMP AND SAVE | 38929 CHERRY ST.    NEWARK CA 94560 |
| 13808189 | COMPASS BANK D/B/A MOBICARE | P O BOX 220114    DECATUR AL 35609 |
| 13808190 | COMPLETE INFORMATION SOLUTIONS | 222 E. WISCONSIN AVE.    LAKE FOREST IL 60045–1723 |
| 13808191 | CONCENTRA | 1818 E. SKY HARBOR CIRCLE N.    SUITE 150    PHOENIX AZ 85034–8677 |
| 13808192 | CONSUMERS ENERGY | 530 W. WILLOW ST.    LANSING MI 48906 |
| 13808193 | CONTRACTOR ACCESS | P O BOX 51485    ONTARIO CA 91761 |
| 13808194 | CORPORATE FLEET LEASING | 40 LAFAYETTE ST.    YARMOUTH ME 04096 |
| 13808195 | COSCO SUPPLY | P O BOX 2897    HONOLULU HI 96802–2897 |
| 13808196 | COSTCO | P O BOX 34783    SEATTLE WA 98124–1783 |
| 13808197 | COUNTRY SIDE PROPANE, INC. | 1601 TURKEY CREEK RD.    PLANT CITY FL 33566 |
| 13808198 | COUNTY OF SACRAMENTO | CITATION PROCESSING    P O BOX 10479    NEWPORT BEACH CA 92658–0479 |
| 13808199 | COX BUSINESS | P O BOX 53249    PHOENIX AZ 85072–3249 |
| 13808200 | CUBESMART 0479 NAPLES | 5650 NAPLES BLVD.    NAPLES FL 34109 |
| 13808201 | CUSTOMER 1 TIRE AUTO CARE | 9811 JOG RD.    BOYTON BEACH FL 33437 |
| 13846327 | Corporate Fleet Leasing LLC | c/o Anthony T. King    Snell & Wilmer LLP    400 East Van Buren    Phoenix, AZ 85004 |
| 13846340 | Corporate Fleet Leasing LLC | c/o Benjamin W. Reeves    Snell & Wilmer LLP    400 East Van Buren    Suite 1900    Phoenix, AZ 85004 |
| 13808202 | DANIEL GOUNEV | ATTN: GREGORY N. KARASIK    11835 W. OLYMPIC BLVD., SUITE 1275    LOS ANGELES CA 90064 |
| 13808203 | DAVE'S LANDSCAPING SERVICES | 27629 WAGNER DR.    WARREN MI 48093 |

| | | |
|---|---|---|
| 13808204 | DAVE'S MOBILE CRANE | 691 N. MATHILDA AVE. SUNNYVALE CA 94085–3509 |
| 13808205 | DAYS INN ELKO | 1500 IDAHO ST. ELKO NV 89801–4022 |
| 13808206 | DAYTON ANDREWS DODGE | 2301 34TH ST. NORTH ST. PETERSBURG FL 33713 |
| 13808207 | DE LAGE LANDEN | 1111 OLD EAGLE SCHOOL ROAD WAYNE PA 19087 |
| 13808208 | DEERFIELD STORAGE | 950 S. POWERLINE RD. DEERFIELD BEACH FL 33442 |
| 13808209 | DELL FINANCIAL SERVICES | P O BOX 81577 AUSTIN, TX 78708–1577 |
| 14203869 | DELTA MECHANICAL, INC. | 1314 Kalakaua Av., Apt. 1002 Honolulu, HI 96826–1926 |
| 13808210 | DEX MEDIA | ATTN: ACCT RECEIVABLE DEPT. P O BOX 619009 DFW AIRPORT TX 75261–9009 |
| 13808211 | DINO–CRANE SERVICES | 357 LAGUNITAS RD. SW ALBUQUERQUE NM 87105 |
| 13808212 | DISCOUNT TIRE | P O BOX 29851 PHOENIX AZ 85038–9851 |
| 13808213 | DJJ TECHNOLOGIES | 3116 EXPRESSWAY DRIVE SOUTH ISLANDIA NY 11749 |
| 13808214 | DLNL INC. D/B/A QUEEN B MARKETING | 110 N. MILAM ST. PMB 195 FREDRICKSBURG TX 78624 |
| 13808215 | DMV RENEWAL | P O BOX 942894 SACRAMENTO CA 94294–0894 |
| 13831984 | DOUGLAS COUNTY | 100 THIRD STREET CASTLE ROCK, CO 80104 |
| 13808216 | DRACO TRUCKS & EQUIPMENT COMPANY | 7424 MISSION GORGE RD. SAN DIEGO CA 92120 |
| 13808217 | DRUSTAR ENTERPRISES, LLC | 1952 Flagstone Ranch Ln. Henderson, NV 89012–3234 |
| 13808218 | DTE ENERGY | P O BOX 740786 CINCINNATI OH 45274–0786 |
| 13808219 | DUPLICATING PRODUCTS, INC. | P O BOX 1548 GAINESVILLE GA 30503 |
| 13808220 | DYNAMIC IMAGING + DISTRIBUTION | 4340 W. CHANDLER BLVD. CHANDLER AZ 85226–4972 |
| 13949462 | Department of Taxation | State of Hawaii Attn: Bankruptcy Unit P O Box 259 Honolulu, HI 96809–0259 |
| 13808221 | EDCO DISPOSAL CORPORATION | P O BOX 6887 BUENA PARK CA 90622–6887 |
| 13808222 | EEI SECURITY | P O BOX 17849 TAMPA FL 33682 |
| 13808223 | EL SENOR SHEET METAL | 257 E. BROADWAY RD. MESA, AZ 85210–1623 |
| 14194183 | ELECRICAL INNOVATIONS, INC. | PO BOX 896400 MILILANI, HI 96789 |
| 13808224 | ELIAS ESPINOSA | 636 GROVE ST. NE ALBUQUERQUE NM 87108–2126 |
| 13808225 | ELITE DRI WALL INC. | 5201 EAGLE ROCK AVE. NE SUITE 2–B ALBUQUERQUE NM 87113 |
| 13808226 | EMC SECURITY | 55 SATELLITE BLVD. NW SUWANNE GA 30024 |
| 13808227 | EMPIRE SUPPLY CO. INC. | 616 E. RACE AVE. VISALIA CA 93292–3838 |
| 13808228 | EMPLOYMENT DEVELOPMENT DEPT. | P O BOX 826880 SACRAMENTO CA 94280–0001 |
| 13808229 | EMPLOYMENT DEVELOPMENT DEPT. | P O BOX 989061 WEST SACRAMENTO CA 95798 |
| 13808230 | ENERGY RATERS INC. | 260 WOODFIELD LANE BRENTWOOD CA 94513 |
| 13808231 | ENTERPRISE RENT–A–CAR | P O BOX 402383 ATLANTA GA 30384 |
| 13808232 | ENVIRONMENTAL MECHANICAL | 4611 S. 33RD ST. PHOENIX AZ 85040–2850 |
| 13808233 | EQUIPMENT LEASING SERVICES | 9977 N. 95TH ST. SUITE 110 SCOTTSDALE AZ 85258 |
| 13808234 | ERVIN COHEN & JESSUP LLP | 9401 WILSHIRE BLVD., NINTH FLOOR BEVERLY HILLS CA 90212–2974 |
| 13808235 | ETNA SUPPLY | 529 32ND ST SE P O BOX 897 GRAND RAPIDS MI 49548–2392 |
| 13808236 | EXPRESS TOLL/E–470 | 22470 E. 6TH PARKWAY #110 AURORA CO 80018 |
| 13808237 | EXTRA SPACE STORAGE | 17407 NORTH CAVE CREEK ROAD PHOENIX AZ 85032 |
| 13808238 | EXXON MOBILE | P O BOX 5727 CAROL STREAM IL 60197 |
| 13808239 | FACSCO | 1528 N. THESTA ST. FRESNO CA 93703–3740 |
| 13808240 | FASTRAK | P O BOX 26925 SAN FRANSICO CA 94126 |
| 13808241 | FERGUSON ENTERPRISES #1950 | 615 POINSETT GREENVILLE SC 29609–4428 |
| 13808242 | FERGUSON ENTERPRISES INC. | 5206 WEST WATERS AVENUE TAMPA FL 33634 |
| 13808243 | FERGUSON ENTERPRISES INC. | FILE 56809 LOS ANGELES CA 90074–6809 |
| 13808244 | FERGUSON ENTERPRISES INC. | PROJECTS REPIPE FILE 56809 LOS ANGELES CA 90074–6809 |
| 13808245 | FERGUSON ENTERPRISES INC. | PROJECTS REPIPE P O BOX 847411 DALLAS TX 75284 |
| 13808246 | FIRST MERCURY INSURANCE COMPANY | P O BOX 5096 SOUTHFIELD MI 48086 |
| 13808247 | FLOROIDA DEPT. OF REVENUE | 5050 W. TENNESSEE ST. TALLAHASSEE FL 32399–0100 |
| 13808248 | FOREMOST INSURANCE GROUP | P O BOX 4665 CAROL STREAM IL 60197–4665 |
| 13808249 | FOUR SEASONS PLUMBING | 631 OLEANDER WAY S. ST. PETERSBURG FL 33703 |
| 14194184 | FOX ELECTRIC HAWAII | 348 PU'UHALE RD., #256 HONOLULU, HI 96819 |
| 13808250 | FP MAILING SOLUTIONS | P O BOX 157 BEDFORD PARK IL 60499–0157 |
| 13808251 | FRANCOTYP–POSTALIA, INC. | P O BOX 157 BEDFORD PARK IL 60499–0157 |
| 13808252 | FRAZEE PAINT | 191 N. PECOS ROAD HENDERSON NV 89074 |
| 13808253 | FRED K. IZUMI | 294 KALIHI ST. ROOM 101 HONOLULU HI 96819 |
| 13808254 | FRONTIER CRANE SERVICE | 3445 E. GOLD VALLEY ROAD RENO NV 89506 |
| 13808255 | FSL HOME IMPROVEMENT | 1201 E. THOMAS RD. PHOENIX AZ 85014–5734 |
| 13808256 | G&D AUTO COLLISION | 2085 PLACENTIA AVE. MESA CA 92627 |
| 13808257 | G. WILLIAM ALLEN | ATTORNEY AT LAW 750 SE 3RD AVE., SUITE 302 FORT LAUDERDALE, FL 33316–1175 |
| 13808258 | G. WILLIAM STRENG | 1949 5TH ST. SUITE 108 DAVIS CA 95616 |
| 13808259 | GATEWAY BANK | 6860 E. WARNER RD. MESA AZ 85212 |
| 13808260 | GCS LIFTING SOLUTIONS, LLC | P O BOX 1039 EXETER CA 93221–7039 |
| 13808261 | GEORGIA DEPARTMENT OF LABOR | 148 ANDREW YOUNG INTERNATIONAL BLVD. NE ATLANTA GA 30303–1751 |
| 13808262 | GEORGIA DEPT. OF REVENUE | 1800 CENTURY BLVD., NE ATLANTA GA 30345 |
| 13808263 | GEORGIA NATURAL GAS | P O BOX 105445 ATLANTA GA 30348–5445 |
| 13808264 | GEORGIA POWER | 96 ANNEX ATLANTA GA 30396–0001 |

| ID | Name | Address |
|---|---|---|
| 13808265 | GINOS ENTERPRISE LLC | P O BOX 268  TIJERAS NM 87059–0268 |
| 13808266 | GOODMAN DISTRIBUTION INC. | P O BOX 660503  DALLAS TX 75266–0503 |
| 13808267 | GORMAN INDUSTRIES INC. | P O BOX 743  ALBUQUERQUE NM 87103–0703 |
| 13808268 | GRAINGER | P O BOX 419267  DEPT. 853636678  KANSAS CITY MO 64141–6267 |
| 13808269 | GREAT AMERICA | 15004 COLLECTIONS CENTER DR.  CHICAGO IL 60693 |
| 13808270 | GREAT AMERICA FINANCIAL SERVICES | P O BOX 660831  DALLAS TX 75266–0831 |
| 13808271 | GREAT AMERICAN LEASING CORPORATION | P O BOX 660831  DALLAS TX 75266 |
| 13808272 | GREENVILLE COUNTY | 301 UIVERSITY RIDGE  GREENVILLE SC 29601 |
| 13808273 | GREGORY GO GREEN | P O BOX 6713  GREENVILLE SC 29606–6713 |
| 13808274 | GRIMCO | 1585 FENCORP. DRIVE  FENTON MO 63026 |
| 13808275 | GUARANTEE INSURANCE COMPANY | P O BOX 406012  ATLANTA GA 30384–6012 |
| 13808276 | GUSTAVE A. LARSON COMPANY | BOX 774402  4402 SOLUTION CENTER  CHICAGO IL 60677–4004 |
| 13808277 | GWINNETT CO. WATER RESOURCES | P O BOX 530575  ATLANTA GA 30353–0575 |
| 13808278 | HAJOCA CORPORATION | P O BOX 79586  CITY OF INDUSTRY CA 91716 |
| 13831076 | HARGRAY | P O BOX 100116  COLUMBIA, SC 29202–3116 |
| 13942167 | HARTFORD FIRE INSURANCE COMPANY | HARTFORD PLAZA  HARTFORD, CT 06115 |
| 13808279 | HAWAII STATE TAX COLLECTOR | INCOME TAX DIVISION  P O BOX 259  HONOLULU HI 96809–0259 |
| 13808280 | HAWAIIAN ELECTRIC COMPANY | P O BOX 3978  HONOLULU HI 96812 |
| 14110334 | HAWAIIAN ELECTRIC COMPANY | PO BOX 2750  HONOLULU HI 96840 |
| 13808281 | HAWAIIAN TELCOM | P O BOX 30770  HONOLULU HI 96820–0770 |
| 13808282 | HCA HARBISON COMMUNITY ASSOCIATION | 106 HILLPINE RD.  COLUMBIA SC 29212–2408 |
| 13808283 | HEATING & COOLING SUPPLY | FILE #54694  LOS ANGELES CA |
| 14783966 | HEATING & COOLING SUPPLY LLC | C/O GEMAIRE DISTRIBUTERS LLC  ATTN: JOHN REBESCHER/13342  2151 WEST HILLSBORO BLVD SUITE 400  DEERFIELD BEACH FL 33442 |
| 13808284 | HERCULES INDUSTRIES | P O BOX 911434  DENVER CO 80291–1434 |
| 13808285 | HES ELECTRIC CO., INC. | 1881 S. DAYTON ST.  AURORA CO 80247–3024 |
| 13808286 | HG FENTON COMPANY | 7577 MISSION VALLEY ROAD  #200  SAN DIEGO CA 92108 |
| 13832288 | HILLSBOROUGH COUNTY | P O BOX 1110  TAMPA, FL 33601 |
| 13808287 | HOME DEPOT CREDIT | P O BOX 183176  COLUMBUS OH 43218–3176 |
| 13832671 | HOME DEPOT CREDIT SERVICES | P O BOX 6925  THE LAKES, NV 88901–6925 |
| 14194185 | HOME DEPOT USA | 2455 PACES FERRY ROAD NW, C–20  ATLANTA, GA 30339 |
| 13831089 | HRISTO PANOV | 6758 OAK VALLEY DRIVE  LAS VEGAS, NV 89103 |
| 13808288 | INTEGRA TELECOM | P O BOX 2966  MILWAUKEE WI 53201–2966 |
| 13808289 | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS  P O BOX 7346  PHILADELPHIA PA 19101–7346 |
| 13808290 | IPFS CORPORATION | P O BOX 100391  PASADENA CA 91189–0391 |
| 13808291 | ISUZU FINANCE | 7870 SOLUTION CENTER  CHICAGO IL 60677–7008 |
| 13808292 | J.V. RE–PIPING | 9417 LOUGHLIN LANE  CHARLOTTE NC 28273 |
| 13808293 | JACKSON LEWIS P.C. | P O BOX 416019  BOSTON MA 02241–6019 |
| 13808294 | JACKSON WHITE | 40 N. CENTER ST.  SUITE 200  MESA AZ 85201 |
| 13808295 | JOE KNOWS LLC | 88 S. THIRD ST.  P O BOX 185  SAN JOSE CA 95103–0185 |
| 13808296 | JOHNSTONE CLEARWATER | P O BOX 864652  ORLANDO FL 32886–4652 |
| 13808297 | JOHNSTONE MUSKEGON | 1840 INDUSTRIAL BLVD.  MUSKEGON MI 49442–6112 |
| 13808300 | JOHNSTONE SUPPLY | 1840 INDSTRIAL BLVD.  MUSKEGON MI 49442 |
| 13808299 | JOHNSTONE SUPPLY | 2605 HIGHWINDS LANE  OAKLAND MI 48363 |
| 13808298 | JOHNSTONE SUPPLY | 2701 WEST 7TH AVENUE  DENVER CO 80204 |
| 13808301 | JOHNSTONE SUPPLY | 3244 W. ST. JOSEPH  LANSING MI 48917 |
| 13808304 | JOHNSTONE SUPPLY | 3720 PIKES PEAK AVE.  COLORADO SPRINGS CO 80909–6569 |
| 13808305 | JOHNSTONE SUPPLY | 5658 EAST CLINTON AVE.  FRESNO CA 93727–1307 |
| 13808306 | JOHNSTONE SUPPLY | P O BOX 27490  PHOENIX AZ 85061 |
| 13832656 | JOHNSTONE SUPPLY | P O BOX 27490  PHOENIX, AZ 85061 |
| 13808307 | JOHNSTONE SUPPLY | P O BOX 40605  DENVER CO 80204–0605 |
| 13808308 | JOHNSTONE SUPPLY | P O BOX 40605  DENVER CO 80204–0605 |
| 13808303 | JOHNSTONE SUPPLY | P O BOX 81606  SAN DIEGO CA 92138 |
| 13808302 | JOHNSTONE SUPPLY | P O BOX 864652  ORLANDO FL 32886–4652 |
| 13808309 | JOHNSTONE SUPPLY #5876 | 3650 W. SPRUCE ST.  TAMPA FL 33607–2505 |
| 13808310 | JOHNSTONE SUPPLY LANSING | 3244 W. ST. JOSEPH  LANSING MI 48917 |
| 13808311 | JOHNSTONE SUPPLY OF BAKERSFIELD | 5658 E. CLINTON AVENUE  FRES CA 93727 |
| 13828810 | Jackson Lewis | 1133 Westchester Avenue S125  West Harrison, NY 10604 |
| 13840919 | James McKenzie | James McKenzie  1234 Pickford Ct.  Tracy, CA 95376  jmckenzie_72@yahoo.com |
| 13808312 | KAISER PERMANENTE | P O BOX 29080  HONOLULU HI 96820 |
| 13831140 | KALOYAN DAMYANOV | 7045 WYNGATE DR.  CUMMING, GA 30040–6600 |
| 13808313 | KD CONSTRUCTION, LLC | 7474 E. ARKANSAS AVE.  #808  DENVER CO 80231 |
| 13808314 | KEENAN LAS VEGAS 060 | P O BOX 29364  PHOENIX AZ 85038–9364 |
| 13831090 | KEENAN SUPPLY  JANE ROSE | 2205 SOUTH 400 WEST  SLC, UTAH 84115 |
| 13831886 | KERN COUNTY | 1115 TRUXTUN AVE., 5TH FL.  BAKERSFIELD, CA 93301 |
| 13808315 | KRACIMIR STEFANOF | ATTN: ALEXANDER DYCHTER  1010 SECOND AVENUE, SUITE 1835  SAN DIEGO CA 92101 |
| 13808316 | LA QUINTA INN #0914 | 200 JIBBOOM STREET  SACRAMENTO CA 95811 |
| 13808317 | LA QUINTA INN – 0545 | 4001 MARKET ST.  RENO NV 89502–3310 |
| 13808318 | LA QUINTA INN – 0628 | 5241 SAN ANTONIO DR. NE  ALBUQUERQUE NM 87109 |
| 13808319 | LA QUINTA INN – 0646 | 3232 RIVERSIDE DR.  BAKERSFIELD CA 93308–6346 |
| 13808320 | LA QUINTA INN – 0650 | 2926 TULARE ST.  FRESNO CA 93721–1440 |

| | | |
|---|---|---|
| 13808321 | LA QUINTA INN – 0657 | 10185 PASEO MONTRIL    SAN DIEGO CA 92129 |
| 13808322 | LA QUINTA INN – 0675 | 2824 S. 188TH ST.    SEATTLE WA 98188–5131 |
| 13808323 | LA QUINTA INN – 0976 | 6530 E. SUPERSTITION SPRINGS BLVD.    MESA AZ 85206 |
| 13808324 | LA QUINTA INN – 0981 | 2750 GEYSER DR.    COLORADO SPRINGS CO 80906–4025 |
| 13808325 | LA QUINTA INN – 0991 | 5945 OAKBROOK PKWY.    NORCROSS GA 30093–1703 |
| 13808326 | LA QUINTA INN – 4023 | 7439 PAN AMERICAN FREEWAY NORTHEAST    ALBUQUERQUE NM 87109 |
| 13808327 | LA QUINTA INN – 6428 | 6275 DUBLIN BLVD.    DUBLIN CA 94568–7573 |
| 13808328 | LA QUINTA INN – 6498 | 1771 RESEARCH PARK DR.    DAVIS CA 95618–6132 |
| 13808329 | LA QUINTA INN – 6619 | 884 PARK STREET    CASTLE ROCK CO 80109–1526 |
| 13808330 | LA QUINTA INN 6518 | 9034 WEST SAM HOUSTON PKWY.    HOUSTON TX 77064 |
| 13831939 | LA QUINTA NORCROSS | 5945 OAKBROOK PKWY.    NORCROSS, GA 30093–1703 |
| 13832345 | LANIER PLUMBING | 2300 PASADENA    AUSTIN, TX 78757 |
| 13808332 | LAQUINTA INN & SUITES | NW BELTWAY 8/WEST RD. #6518    9034 WEST SAM HOUSTON PKWY    HOUSTON TX 77064 |
| 13808331 | LAQUINTA INN #4023 | 7439 PAN AMERICAN FREEWAY    ALBUQUERQUE NM 87109 |
| 13808333 | LAS VEGAS VALLEY WATER DISTRICT | 1001 S. VALLEY VIEW BLVD.    LAS VEGAS NV 89153 |
| 13808335 | LENNOX INDUSTRIES INC. | P O BOX 910549    DALLAS TX 75391–0549 |
| 13808336 | LICCARDI FAMILY PARTNERS LP | P O BOX 25161    COLORADO SPRINGS, CO 80936 |
| 13808337 | LIVERPOOL PLUMBING | 252 SW MONROE CIRCLE N., #4212    ST. PETERSBURG FL 33703 |
| 13808338 | LOVE'S TIRE SERVICE CENTER | 1701 STATE ROAD 60 EAST    VALRICO FL 33594 |
| 13808334 | Leasing Associates Services, Inc. | c/o Ronald Janak    12600 North Featherwood Drive, Suite 400    Houston, TX 77034 |
| 13808339 | M/M TIRE CO. | 21167 RYAN ROAD    WARREN MI 48091 |
| 13808340 | MACOMB COUNTY TREASURER | 1 SOUTH MAIN STREET    2ND FLOOR    MOUNT CLEMENS MI 48043 |
| 13808342 | MACQUARIE EQUIPMENT FINANCE | P O BOX 674443    DETROIT MI 48267 |
| 13808341 | MACQUARIE EQUIPMENT FINANCE | P O BOX 674443    DETROIT MI 48267 |
| 13808343 | MANNING FULTON & SKINNER PA | 3605 GLENWOOD AVENUE    RALEIGH NC 27612–3970 |
| 13808344 | MARIN MISHKOV | 540 EXECUTIVE CENTER DR.    #50    WEST PALM BEACH FL 33401 |
| 13808345 | MARLIN LEASING | P O BOX 13604    PHILADELPHIA PA 19101–3604 |
| 13808346 | MARTINSON SUPPLY INC. | 138 W. SYLVANIA AVE.    TOLEDO OH 43612-1447 |
| 13808347 | MCA WHITNEY RANCH | 3065 S. JONES BLVD.    SUITE 201    LAS VEGAS, NV 89146 |
| 13808348 | MD MAINTENANCE | 9669 GOLD COAST DR.    #85    SAN DIEGO CA 92126–3950 |
| 13808349 | MERCHANTS BONDING COMPANY (MUTUAL) | P O BOX 14498    DES MOINES IA 50306–3498 |
| 13808350 | METRO FIRE EQUIPMENT | 63 SOUTH HAMILTON PLACE    GILBERT AZ 85233 |
| 13808351 | MICHIGAN DEPT. OF TREASURY | LANSING MI 48922 |
| 13808352 | MICHIGAN UNEMPLOYMENT INSURANCE AGENCY | 3024 GRAND BLVD.    DETROIT MI 48202 |
| 13808353 | MIDNIGHT CRANE SERVICE | 2561 N. PURDUE AVE.    FRESNO CA 93727–1392 |
| 13808354 | MIDWEST FAMILY MUTUAL INSURANCE CO. | P O BOX 9425    MINNEAPOLIS MN 55440–9425 |
| 13808355 | MILAN PLUMBING AND MORE | 845 GULF PAVILION DR.    UNIT 101    NAPLES FL 34108 |
| 13832160 | MONARCH METAL MANUFACTURING | 550 W. 53RD PL.    DENVER, CO 80216 |
| 13808356 | MONARCH METAL MANUFACTURING, INC. | 3303 UNION S.E.    GRAND RAPIDS MI 49548–2311 |
| 13808357 | MOUNTAIN WEST SERIES OF LOCKTON COMPANIES LLC | P O BOX 173850    DENVER CO 80217–3850 |
| 13808358 | MSM SHEET METAL | 1100 E. GREG ST.    SPARKS NV 89431 |
| 13808359 | MUNCH'S SUPPLY | 1901 FERRO DR.    NEW LENOX IL 60451 |
| 13808360 | MURATALLAS AUTO REPAIR | 1960 CENTRAL AVE.    CERES CA 95307 |
| 13808361 | MUZAK LLC | P O BOX 71070    CHARLOTTE NC 28272–1070 |
| 13808362 | NAILOR INDUSTRIES | 4714 WINFIELD RD.    HOUSTON TX 77039 |
| 13808363 | NAKATA INC. | 1500 35TH ST. NORTH    ST. PETERSBURG FL 33713 |
| 13808364 | NATIONAL CORPORATE RESEARCH LTD. | 10 EAST 40TH STREET    10TH FLOOR    NEW YORK NY 10016 |
| 13808365 | NATIONAL FIRE CONTROL | 55 WEST HOOVER    SUITE 10    MESA AZ 85210 |
| 13808366 | NATIONAL ROOFING COMPANY | 3408 COLUMBIA NE    ALBUQUERQUE NM 87107–2004 |
| 13808367 | NEVADA DEPT. OF TAXATION | 1550 COLLEGE PARKWAY, SUITE 115    CARSON CITY NV 89706 |
| 13808368 | NEVADA EMPLOYMENT SECURITY DIVISION | 500 E. THIRD ST.    CARSON CITY NV 89713–0030 |
| 13808369 | NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS | 401 BROADWAY NE    ALBUQUERQUE NM 87102 |
| 13808370 | NEW MEXICO TAXATION & REVENUE DEPT. | P O BOX 630    SANTA FE NM 87504–0630 |
| 13808371 | NORMAN S WRIGHT CO. | 4303 ELLISON ST. NE    ALBUQUERQUE NM 87109–4505 |
| 13808372 | NORTH CAROLINA DEPT. OF REVENUE | 4701 ATLANTIC AVE.    RALEIGH NC 27604 |
| 13808373 | NORTH CAROLINA DIVISION OF EMPLOYMENT SECURITY | P O BOX 26504    RALEIGH NC 27611–6504 |
| 13808374 | NORTHWEST PARKWAY | 3701 NORTHWEST PARKWAY    BROOMFIELD CO 80023 |
| 13808375 | NVENERGY | P O BOX 30086    RENO NV 89520–3086 |
| 13808376 | OCWEN LOAN SERVICING | P O BOX 24738    WEST PALM BEACH FL 33416–4738 |
| 13808377 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C. | P O BOX 89    COLUMBIA SC 29202 |

| | | |
|---|---|---|
| 13808378 | OHIO TREASURER OF STATE | P O BOX 530    COLUMBUS OH 43216 |
| 13808379 | OREGON DEPT. OF REVENUE | 955 CENTER ST. NE    SALEM OR 97301–2555 |
| 13808380 | OTAY WATER DISTRICT | P O BOX 51375    LOS ANGELES CA 90051–5675 |
| 13808381 | OUTFRONT MEDIA | P O BOX 33074    NEWARK NJ 07188–0074 |
| 13867933 | Ogletree Deakins Nash Smoak & Stewart | Patewood IV    50 International Dr., Ste 300    Greenville, SC 29615 |
| 13808382 | P & L ELECTRIC | 6818 GRAND PRAIRIE DR.    COLORADO SPRINGS CO 80923–8766 |
| 13808383 | PACE SUPPLY | P O BOX 6407    ROHNERT PARK CA 94927–6407 |
| 13808384 | PACIFIC OFFICE AUTOMATION | 14747 NW GREENBRIER PKWY    BEAVERTON OR 97006 |
| 13832721 | PAPA JOHN'S | 997 W. ORANGE BLOSSOM TRAIL, #24    APOPKA, FL 32712 |
| 14203873 | PAUL J. SCHWIND | 1314 Kalakaua Av., Apt. 1002    Honolulu, HI 96826–1926 |
| 13808385 | PENN AIR CONTROL | 5941 LAKESHORE DRIVE    CYPRESS CA 90630 |
| 13808386 | PERRY SUPPLY ALBUQUERQUE | P O BOX 6486    ALBUQUERQUE NM 87917–6486 |
| 13808387 | PHILADELPHIA INDEMNITY INSURANCE COMPANY | 251 S. LAKE AVENUE    SUITE 360    PASADENA CA 91101 |
| 13808388 | PHILADELPHIA INSURANCE COMPANIES | P O BOX 70251    PHILADELPHIA PA 19176–0251 |
| 13808389 | PIERCE CRANE SERVICE, INC. | P O BOX 9216    FRESNO CA 93791–9216 |
| 13808390 | PLUMBER'S CHOICE | 3655 E. LASALLE ST.    PHOENIX AZ 85040 |
| 13808391 | PLUMBING SUPPLY INC. | 6077 S. FORT APACHE ROAD    SUITE 100    LAS VEGAS NV 89148 |
| 13808392 | PORTERVILLE DISTRIBUTING CO. | 583 S. MAIN ST.    PORTERVILLE CA 93257–5301 |
| 13808393 | POWER SELLING PROS | 1124 W. SOUTH JORDAN PARKWAY    SUITE B    SOUTH JORDAN UT 84095 |
| 13808394 | PREMIUM ASSIGNMENT CORP. | P O BOX 8000    TALLAHASEE FL 32314–8000 |
| 13808395 | PRO TECH TRUCK SERVICE | 4901 CAUSEWAY BLVD.    TAMPA FL 33619 |
| 13808396 | PRO TECT ASSOCIATES, INC. | 2165 SHEMER ROAD    NORTHBROOK IL 60062 |
| 13808397 | PROTECTION ONE | P O BOX 219044    KANSAS CITY MO 64121–9044 |
| 13808398 | PRUDENTIAL OVERALL SUPPLY | P O BOX 12210    SANTA ANA CA 92711–1210 |
| 13808399 | PUBLIC STORAGE | 4221 PARK BLVD.    PINELLAS PARK FL 33781 |
| 13808400 | PUBLIC STORAGE 20477 | 5900 LAKEHURST DR.    ORLANDO FL 32819 |
| 13808401 | PUBLICATION MANAGEMENT INC. | 2030 POWERS FERRY RD.    ATLANTA GA 30339 |
| 13808402 | PUBMAN INC. | 2030 POWERS FERRY RD.    SUITE 218    ATLANTA GA 30339 |
| 13808403 | QUILL CORPORATION | P O BOX 37600    PHILADELPHIA PA 19101–0600 |
| 13808404 | R.E. MICHEL | P O BOX 2318    BALTMORE MD 21203–2318 |
| 13831186 | RADOSLAV EUGENIEV EVTIMOV | 690 ALTAMIRA CIRCLE    ALTAMONTE SPRINGS, FL 32701 |
| 13808405 | RANCHO SIERRA INDUSTRIAL PARK | 550 W. C ST.    SUITE 1820    SAN DIEGO CA 92101 |
| 13910085 | REFRIGERATION SUPPLIES DISTRIBUTOR | 26021 ATLANTIC OCEAN DR    LAKE FOREST, CA 92630 |
| 13808406 | REFRIGERATION SUPPLIES DISTRIBUTORS | 26021 ATLANTIC OCEAN DRIVE    LAKE FOREST CA 92630–8831 |
| 13808407 | REGUS MANAGEMENT GROUP LLC | P O BOX 842456    DALLAS TX 75284–2456 |
| 13808408 | RELIABLE TIRE | P O BOX 1381    WEST SACRAMENTO CA 95691 |
| 13808409 | RELIANCE STANDARD LIFE INSURANCE | P O BOX 82510    LINCOLN NE 68501–2510 |
| 13808410 | REPUBLIC SERVICES | P O BOX 78829    PHOENIX AZ 85062–8829 |
| 13808411 | REPUBLIC SERVICES | P O BOX 9001099    LOUISVILLE KY 40290–1099 |
| 13808412 | RODOS PLUM | 2309 MAXINE DR. SE    MARIETTA GA 30067 |
| 13808413 | ROGER THE PLUMBER | 229 WEST LANE    LAKESIDE AZ 85929 |
| 13808414 | ROMULUS ALBU | STEPHAN ZOURAS, LLP    ATTN: STEPHAN/FIZKO    205 N. MICHIGAN AVE., SUITE 2560    CHICAGO IL 60601 |
| 13808415 | ROUGH N READY RENOVATIONS | 75 W. BASELINE RD., #16    GILBERT AZ 85233 |
| 13808416 | ROYAL WEST DRYWALL, INC. OF NEVADA | 2008 SECOND ST.    NORCO CA 92860 |
| 13808417 | RSROLLINS AUTOMOTIVE LLC | 523 EAST LAS VEGAS    COLORADO SPRINGS CO 80903 |
| 13808418 | RUSINS LLC | 11444 WESTON COURSE LOOP    RIVERVIEW FL 33579 |
| 13831899 | SACRAMENTO COUNTY | 901 G STREET    SACRAMENTO, CA 95814 |
| 13831912 | SAN DIEGO COUNTY | COUNTY ADMINISTRATION CENTER    1600 PACIFIC HIGHWAY, ROOM 355    SAN DIEGO, CA 92101 |
| 13808419 | SAN DIEGO COUNTY | DAN MCALLISTER    1600 PACIFIC HWY. ROOM 162    SAN DIEGO CA 92101–2474 |
| 13808420 | SAN PLUMBING SUPPLY, INC. | 1830 W. FILLMORE ST.    PHOENIX AZ 85007 |
| 13808421 | SCE&G | P O BOX 100255    COLUMBIA SC 29202–3255 |
| 13808422 | SECURITY PUBLIC STORAGE | 506 EL RANCHO DR.    SPARKS NV 89431 |
| 13832304 | SEMINOLE COUNTY | 1101 EAST 1ST ST.    SANFORD, FL 32771 |
| 13808423 | SIERRA CRANE & RIGGING, INC. | P O BOX 1113    TAFT CA 93268–1113 |
| 13808424 | SLAKEY BROTHERS | P O BOX 15647    SACRAMENTO CA 95852–0647 |
| 13808425 | SMILEY CRANE SERVICES | 5326 WEST MOHAVE ST.    PHOENIX AZ 85043–8035 |
| 13808426 | SOUTH CAROLINA DEPT. OF EMPLOYMENT & WORKFORCE | 1550 GADSDEN ST.    COLUMBIA SC 29201 |
| 13808427 | SOUTH CAROLINA DEPT. OF REVENUE | 301 GERVAIS ST.    COLUMBIA SC 29201 |
| 13808428 | SOUTHEAST TOYOTA FINANCE | P O BOX 70831    CHARLOTTE NC 28272 |
| 13808429 | SOUTHERN CALIFORNIA EDISON | P O BOX 600    ROSEMEAD CA 91771–0001 |
| 13808430 | SOUTHERN ENERGY MANAGEMENT | 101 KITTY HAWK DR.    MORRISVILLE NC 27560–8511 |
| 13808431 | SOUTHWEST GAS CORPORATION | P O BOX 98890    LAS VEGAS NV 89150–0101 |
| 13808432 | SPECIALTY AC PRODUCTS | 5250 E. 2ND ST.    BENICIA CA 94510–1004 |
| 13808433 | SQUARE FEAT INC. | 2325 W. GUADALUPE RD.    SUITE 101    GILBERT AZ 85233 |

| | | | |
|---|---|---|---|
| 13808434 | SRP | P O BOX 80062 | PRESCOTT AZ 86304–8062 |
| 13808435 | STACY SLICKER | 4212 STANNARD DR. | TOLEDO OH 43613 |
| 13808436 | STAPLES | DEPT. 51–7817202822 | DES MOINES IA 50368 |
| 13808437 | STAPLES | P O BOX 689020 | DES MOINES IA 50368–9020 |
| 13808438 | STAPLES CREDIT PLAN | P O BOX 689020 | DES MOINES IA 50368–9020 |
| 13808439 | STORQUEST–SARASOTA/CLARK | 4625 CLARK ROAD | SARASOTA FL 34233 |
| 13808440 | SUBSURFACE IMAGING, INC. | 390 AMAPOLA AVE. SUITE 7 | TORRANCE CA 90501 |
| 13808441 | SUBURBAN PROPANE | P O BOX 889248 | ATLANTA GA 30356–1248 |
| 13808442 | SUMMIT ELECTRIC SUPPLY | P O BOX 848345 | DALLAS TX 75284–8345 |
| 13808443 | SUPERMEDIA LLC | P O BOX 619009 | DFW AIRPORT TX 75261–9009 |
| 13808444 | SUPREME AIR | 6928 AVENUE 304 | VISALIA CA 93291–9510 |
| 13808445 | SYNERGY ENTERPRISES INC | 28436 SATELLITE ST. | HAYWARD CA 94545–4863 |
| 13844953 | Serghei Dragni | Serghei Dragni 10401 Autumn Breeze, Rancho Cordova, CA 95670 | s2dragni@gmail.com |
| 13808446 | T&A SUPPLY INC. | P O BOX 640275 | SAN JOSE CA 95164–0275 |
| 13808447 | TCI LANDSCAPING SERVICES | P O BOX 3088 | TUCKER GA 30085 |
| 13808448 | TDK & DONCHEV | 174 CHAMPION WAY | HIRAM GA 30141 |
| 13808449 | TECO TAMPA ELECTRIC | P O BOX 31318 | TAMPA FL 33631–3318 |
| 13808450 | TEG | 3701 JACKSON BLUFF DR. | LAWRENCEVILLE GA 30044 |
| 13808451 | TEGROUS CONSULTING | 120 SOUTH ASH AVENUE #101 | TEMPE AZ 85281 |
| 13808452 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | P O BOX 13528, CAPITOL STATION | AUSTIN TX 78711–3528 |
| 13808453 | TEXAS DELTA MECHANICAL, INC. | 3418 STATE HWY 6, SOUTH B–328 | HOUSTON TX 77082 |
| 13808454 | THE CINCINNATI INSURANCE COMPANY | P O BOX 145620 | CINCINNATI OH 45250–5620 |
| 13808455 | THE GAS COMPANY | P O BOX C | MONTEREY PARK CA 91756 |
| 13808456 | THE HANOVER INSURANCE GROUP | P O BOX 580045 | CHARLOTTE NC 28258–0045 |
| 13808457 | THE HARLAN COMPANY | 711 W. MADISON ST. | PHOENIX AZ 85007–3113 |
| 13808458 | THE HARTFORD | 1 HARTFORD PLAZA | HARTFORD CT 06155 |
| 13808459 | THE HARTFORD INSURANCE | 1 HARTFORD PLAZA | HARTFORD CT 06155 |
| 13831202 | THE HVAC SALES ACADEMY | 1115 ELKTON DR. | COLORADO SPRINGS, CO 80907 |
| 13808460 | THE KEISER GROUP | P O BOX 570 | CHESTERLAND OH 44026 |
| 13808461 | THE METAL SHOP | 1110 S. HORNE SUITE 113 | MESA AZ 85204–4951 |
| 13808462 | THE OAKS CONDOS | 2300 NOCOGDOCHES | SAN ANTONIO TX 78209 |
| 13808463 | THE PLUMBER'S CHOICE | 3655 E. LASALLE ST. | PHOENIX AZ 85040 |
| 13808464 | THE SHERWIN–WILLIAMS CO. | 1015 EASTSIDE ROAD | EL PASO TX 79915 |
| 13808465 | THE TIRE CHOICE | 22923 SANDALFOOT PLAZA DR. | BOCA RATON FL 33428 |
| 13808466 | TLC PLUMBING & UTILITY | 5000 EDITH BLVD. NE | ALBUQUERQUE NM 87107 |
| 13808467 | TNT SHREDDING LLC | 7235 E. HAMPTON SUITE 103 | MESA AZ 85209 |
| 13808468 | TOLL BY PLATE | P O BOX 105477 | ATLANTA GA 30348 |
| 14194186 | TONY & MARIANA KITCHUKOV | 6056 E. BASELINE RD, STE 155 | MESA, AZ 85206 |
| 13808469 | TRANE U.S. INC. | P O BOX 403271 | ATLANTA GA 30384–3271 |
| 13808470 | TRANE US INC. | P O BOX 848343 | DALLAS TX 75284–8343 |
| 13808471 | TRANE US INC. | P O BOX 98167 | CHICAGO IL 60693–8167 |
| 13808472 | TRINITY HEATING AND A/C DESIGN | P O BOX 8797 | FRESNO CA 93747–8797 |
| 13808473 | TROPICAL ROOFING & RAINGUTTER | 94–078 LEOKANE STREET | WAIPAHU HI 96797 |
| 13808474 | TUBELITE COMPANY | 7310 W. ROOSEVELT ST. BLDG. 2 | PHOENIX AZ 85043 |
| 13808475 | TUCSON WINSUPPLY CO. | 2565 N. HUACHUCA DR. | TUCSON AZ 85745 |
| 13899763 | Trane U.S. Inc. | Fifth Street Towers 100 South Fifth Street, Suite 800 | Minneapolis, MN 55402 |
| 13808476 | U–STOR MINI STORAGE | P O BOX 750116 | PETALUMA CA 94975–0116 |
| 13808477 | U.S. HEALTH WORKS | P O BOX 50042 | LOS ANGELES CA 90074 |
| 13808478 | UNIACTIV LLC | 160 HALITE DR. | ALPHARETTA GA 30022 |
| 13808479 | UNISHIPPERS | 3337 NORTH HULLEN STREET | METAIRIE LA 70002 |
| 13808480 | UNITEK SUPPLY | P O BOX 29177 | HONOLULU HI 96820 |
| 13832708 | UPS | LOCKBOX 577 | CAROL STREAM, IL 30132–0577 |
| 13808481 | UPS FREIGHT | P O BOX 730900 | DALLAS TX 75373 |
| 13808482 | US AIR CONDITIONING | P O BOX 1111 | LA PUENTE CA 91749–1111 |
| 13808483 | USI INSURANCE SERVICES | 2375 E. CAMELBACK RD., SUITE 250 | PHOENIX, AZ 85016–3491 |
| 13808484 | VERIZON WIRELESS | BANKRUPTCY ADMINISTRATION 500 TECHNOLOGY DR., SUITE 550 | WELDON SPRING, MO 63304 |
| 13808485 | VISTA PAINT | 2020 E. ORANGETHORPE AVE. | FULLERTON CA 92381–5327 |
| 13808486 | W ENTERPRISE PRINTING | P O BOX 85862 | WESTLAND MI 48185–0862 |
| 13808487 | WASTE MANAGEMENT OF MI, INC. | P O BOX 4648 | CAROL STREAM IL 60197–4648 |
| 13808488 | WELLS FARGO BANK | P O BOX 6434 | CAROL STREAM IL 60197–6434 |
| 13808489 | WEST COAST EQUIPMENT SALES | P O BOX 2368 | TURLOCK CA 95381–2368 |
| 13808490 | WESTAR PLUMBING | 2769 S. LAKIN AVE. | YUMA AZ 85364 |
| 13808491 | WESTCORE BRYANT STREET QUAD, LLC | P O BOX 749834 | LOS ANGELES CA 90074–9834 |
| 13808492 | WESTERN NEVADA SUPPLY | P O BOX 31001 | PASADENA CA 91110–0001 |
| 13808493 | WESTERN NEVADA SUPPLY | P O BOX 31001–1161 | PASADENA CA 91110–1161 |
| 13808494 | WESTPORT MULTIMEDIA | 1093 STRATFIELD RD. | FAIRFIELD CT 06825 |
| 13808495 | WILCO CRANE & RIGGING LLC | P O BOX 45217 | RIO RANCHO NM 87174–5217 |
| 13808496 | WINDSTREAM | P O BOX 580451 | CHARLOTTE NC 28258–0451 |
| 13808497 | WINWHOLESALE COMMERCIAL | P O BOX 105525 | ATLANTA GA 30348–5525 |
| 13808498 | WRIGHT EXPRESS FLEET SERVICES | P O BOX 6293 | CAROL STREAM IL 60197–6293 |
| 13808499 | XCEL ENERGY | P O BOX 9477 | MINNEAPOLIS MN 55484–9477 |

| | | | | | |
|---|---|---|---|---|---|
| 13808500 | YARDI SYSTEMS INC. | P O BOX 82572 | GOLETA CA 93118–2572 | | |
| 13808501 | YOUNG SUPPLY CO. | 52000 SIERRA DR. | CHESTERFIELD MI 48047–1307 | | |
| 13808502 | ZION'S CREDIT CORPORATION | 310 S. MAIN ST. | SUITE 1300 | SALT LAKE CITY UT 84101 | |

TOTAL: 508